# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CRIMINAL ACTION NO. 23-31-DLB-CJS-1**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**             **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**FREDERICK L. OVERLY, III**                                                **DEFENDANT**

                                             \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 64), wherein she recommends that Defendant Frederick L. Overly, III be found competent to face further proceedings including standing trial. The parties having agreed to waive the period for filing objections, the R&R is ripe for review.

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

(1) Magistrate Judge Candace J. Smith's Report and Recommendation (Doc. # 64) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) Defendant Frederick L. Overly, III is found **competent to stand trial**; and

(3) This matter is set for a **Scheduling Conference** on **August 2, 2024, at 1:30 p.m. in Covington, Kentucky**, to schedule this matter for trial date in this matter.

This 29th day of July, 2024.



Signed By:
<u>*David L. Bunning*</u>
United States District Judge